# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### WACO DIVISION

| | | |
|---|---|---|
| **PATTI STEM, INDIVIDUALLY AND AS A/N/F AND PARENT OF** L.S.       **,** | ) ) ) | |
| **Plaintiff,** | ) ) | **CASE NO.6:16-cv-0400-RP** |
| **v.** | ) ) | |
| **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER GRANTING MOTION TO DISMISS

After considering Plaintiffs Agreed Motion to Dismiss.  The Court finds the motion is well taken and is GRANTED.

IT IS ORDERED that Plaintiff's claims against are dismissed with prejudice.

IT IS FURTHER ORDERED that, each party shall bear its own costs, expenses and attorneys' fees incurred in this action.

SIGNED on December 1, 2016.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE